719 MANLEY vs. CIRCUIT JUDGE (Kalamazoo), No. 16391, 4 D. L. N., 648.

To compel the vacation of a decree.

Denied October 1, 1897.

Held, that an opportunity should be afforded relator to enter into a defense in the case upon the merits, but that no certificate of counsel, such as is required by rule 25, was submitted to the court below upon the application.

The application was therefore denied without prejudice.

720 SHEPPARD vs. CIRCUIT JUDGE (Wayne), No. 15694½.

To vacate an order dismissing relator's bill, filed to compel plaintiff, in a suit commenced by attachment, to release and discharge a levy upon relator's property, on the ground that the same is a homestead worth less than $1,500, over and above the mortgage thereupon, and it is urged that the mortgage has been foreclosed by advertisement; that the time for redemption expires Oct. 28, 1896; that the levy is a cloud upon her title, which prevents her from effecting a loan upon her property, and unless she can have the matter reviewed by mandamus, she will lose her property.

Order to show cause denied July 1, 1896, on the ground that appeal is the proper remedy.

721 YORK vs. CIRCUIT JUDGE (Ingham), 57 M., 421.

To vacate an order setting aside a decree which had been entered 16 months before.

Granted June 17, 1885.

Held, that the decree in such case could not properly be set aside on mere motion, but the writ was granted without prejudice to the right to proceed in a regular way.